PER CURIAM.
Affirmed. See Sullivan v. State, Fla. 1974, 303 So.2d 632; State ex rel. Harris v. McCauley, Fla. 1974, 297 So.2d 825; Richardson v. State, Fla.1971, 246 So.2d 771; Jefferson v. Sweat, Fla. 1954, 76 So. 2d 494; Cornelius v. State, Fla.1950, 49 So.2d 332; Hart v. State, 144 Fla. 409, 198 So. 120 (1940); Ramirez v. State, Fla. App.1970, 241 So.2d 744; Buttler v. State, Fla.App.1970, 238 So.2d 313; Giamo v. State, Fla.App.1971, 245 So.2d 116, cert. den. 251 So.2d 878 (Fla.1971).